

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00286-CV

Jimmy **MASPERO** and Regina Maspero, Individually, and as Next Friends of W.M., W.M., W.M., Deceased, and W.M., Deceased, Minor Children,
Appellants

v.

**CITY OF SAN ANTONIO**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CI14946
Honorable David Peeples, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's order is REVERSED and the matter is REMANDED to the trial court for further proceedings consistent with this court's opinion.

We order that appellants, Jimmy Maspero and Regina Maspero, Individually and as Next of Friend of W.M., W.M., W.M., Deceased, and W.M., Deceased, Minor Children, recover their costs of this appeal from appellee, City of San Antonio.

SIGNED August 28, 2019.

_____
Beth Watkins, Justice